THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
                                    ____FILED    ____ENTERED
                                    ____LODGED   ____RECEIVED

                                       SEP - 4 2001

                                         AT BALTIMORE
                                    CLERK U.S. DISTRICT COURT
                                     DISTRICT OF MARYLAND
                                  BY                    DEPUTY
```

FIDELITY AND GUARANTY         *
LIFE INSURANCE COMPANY,
                              *
    PLAINTIFF,
                              *
v.                                    CIVIL ACTION NO.: L 01 CV 2035
                              *
RONALD DAHM, et al.
                              *
    DEFENDANTS
*   *   *   *   *   *   *   *   *   *   *   *   *

## ORDER

Upon consideration of Plaintiff Fidelity and Guaranty Life Insurance Company's Motion to Allow Private Service of Process, it is this _4TH_ day of _Sept._, 2001 by the United States District Court for the District of Maryland,

ORDERED that Defendant Ronald Dahm may be served original process through the use of private process servers.

_____
Judge Benson E. Legg
United States District Court for the District of Maryland