THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FIDELITY AND GUARANTY
LIFE INSURANCE COMPANY,

    PLAINTIFF,

v.

RONALD DAHM, et al.

    DEFENDANTS.

CIVIL ACTION NO. L-01-CV-2035

## CONSENT ORDER

Having considered a Consent Motion by F & G Life for Return of Funds Erroneously Deposited into Court Registry, it is this 30TH day of March, 2002 hereby ORDERED as follows:

1. The Motion is GRANTED;

2. The Clerk retains 10 percent of all accrued interest on the funds in the Registry shall be paid to the Registry as costs.

3. The Clerk of Court shall disburse the $50,000 deposited into the Registry for this case, along with the remaining accrued interest not paid to the Registry pursuant to paragraph 2 hereof, to counsel for F & G Life Insurance Company upon request and without need for further Court Order; and

                                                                                        Benson E. Legg, Judge
                                                                United States District Court for the District of Maryland

Copies to:

Stephen H. Kaufman, Esq.
Levin & Gann, P.A.
Nottingham Centre, 8th Floor
502 Washington Avenue
Towson, MD  21204

Price O. Gielen, Esq.
Neuberger Quinn Gielen Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, MD  21202

H. Mark Stichel, Esq.
Gohn, Hankey & Stichel, LLP
201 North Charles Street, Suite 2101
Baltimore, MD  21201

G:\Clients\F & G Life\Dahm\Consent Order - Return of Funds.wpd